S90G0673. ARGENBRIGHT, INC. et al. v.
METRO EXPRESS, INC.
(394 SE2d 912)

Per curiam.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur.*

Decided June 21, 1990 —
Reconsideration denied July 5, 1990.

*Long, Weinberg, Ansley & Wheeler, Palmer H. Ansley, Joseph B. Atkins, Stephanie F. Goff,* for appellants.

*Smith, Gambrell & Russell, David M. Brown, Sandra Kaye, Spencer Gandy, Jr.,* for appellee.